Rules was a good Prize and therefore he had nothing to gainsay the Condemnation — Whereupon the Court is adjourned until to Morrow 4 a Clock P: M

July 7th 1742

### JAMES ALLEN VS SCHOONER S$^t$ *Joseph De Las Animas*

The Court being Opened according to Adjournment his Hon$^r$ the Judge past his Decree

### JOSEPH ALLEN VS. SLOOP *Dove,* 1742

[Libel in prize. Decree of condemnation granted, no claimants appearing. (Minute Book, 1740–1743)]

### JAMES ALLEN VS SLOOP *Dove* AND HER CARGO

COLONY OF RHODE ISLAND ETC. CURIA ADMIRALITATIS  At a Court of Vice Admiralty held at Newport in the Colony afores$^d$ this 19th Day of July A: D 1742.

The Hon$^{ble}$ Sam$^l$ Pemberton Esq$^r$ D Judge

The Court being Opened and the Libel read Proclamation was made for a Claimer to Appear in Court and Shew cause why the Sloop Dove and Her Tackle Apparel Appurtenances and Cargo should Not be Condemned as lawful Prize and no Claimer Appearing — Cap$^t$ Samuel Wickham Esq$^r$ was Sworn Interpreter and Jerman Carpenter was Sworn likewise Sam$^l$ Vernon The Court is Adjourned untill to Morrow 9 aClock A: M

### JAMES ALLEN VS SLOOP *Dove* AND CARGO

July 20

The Court being Opened according to adjournment and after Several Pleas the Court is adjourned Untill to Morrow 8 a Clock A. M  Joseph Wanton Esq$^r$ Collect$^r$ of his Majestys Customs entered a motion or petition to this Court which lies under Consideration

### JAMES ALLEN VS SLOOP *Dove* AND CARGO

July 21

The Court being Opened according to Adjournment his Hon$^r$ the Judge pronounced his Decree

### JOSEPH POWER VS. SLOOP *L'Amiable du Cap,* 1742